**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TBB GLOBAL LOGISTICS, INC.,** | : | **CIVIL ACTION NO. 1:09-CV-1682** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **GLOBAL EXPRESS SHIPPING,** | : | |
| **INC. and GREGG SHANBERG,** | : | |
| | : | |
| **Defendants** | : | |

---------------------------------------------------------------------------

| | | |
|---|---|---|
| **GLOBAL EXPRESS SHIPPING,** | : | |
| **INC. and GREGG SHANBERG,** | : | |
| | : | |
| **Third-Party Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FED EX CORPORATION and** | : | |
| **FED EX SERVICES,** | : | |
| | : | |
| **Third-Party Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 10th day of May, 2010, upon consideration of the unopposed

motion (Doc. 27) to withdraw filed by counsel for defendants/third-party plaintiffs

Global Express Shipping, Incorporated ("Global") and Gregg Shanberg

(collectively, "defendants"), and it appearing that no substitute counsel has entered

an appearance on defendants' behalf, and that as an organizational entity,

defendant Global "may appear in federal court only through licensed counsel,"

<u>Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council</u>, 506 U.S. 194, 217

(1993); <u>see also</u> <u>Buschmeier v. G&G Invs., Inc.</u>, 222 F. App'x 160, 163 n.3 (3d Cir.

2007) (citing cases wherein counsel for corporation was permitted to withdraw and

corporation was directed to obtain alternate counsel or face sanctions), it is hereby

ORDERED that:

1.  The motion (Doc. 27) to withdraw is GRANTED subject, however, to the following condition. Current counsel for defendants shall cause to be served upon defendants a copy of the motion (Doc. 27) to withdraw along with a copy of this order. Counsel shall file a certificate of service on or before May 17, 2010, and counsel's withdrawal from the above-captioned matter shall be effective upon filing of the certificate of service.

2.  Defendants shall secure substitute counsel and said counsel shall enter an appearance on or before May 24, 2010. Failure to retain new counsel may render defendant Global susceptible to entry of default or default judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure.


  S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge