# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TBB GLOBAL LOGISTICS, INC.,** | : | CIVIL ACTION NO. 1:09-CV-1682 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **GLOBAL EXPRESS SHIPPING, INC. and GREGG SHANBERG,** | : | |
| **Defendants** | : | |
| **GLOBAL EXPRESS SHIPPING, INC. and GREGG SHANBERG,** | : | |
| **Third-Party Plaintiffs** | : | |
| v. | : | |
| **FED EX CORPORATION and FED EX SERVICES,** | : | |
| **Third-Party Defendants** | : | |

## ORDER

AND NOW, this 25th day of June, 2010, upon consideration of the order of court (Doc. 33) dated June 24, 2010, which required third-party defendants Fed Ex Corporation ("FEC") and Fed Ex Services ("FES") to file a brief in support of the motion (Doc. 31) to dismiss the third-party complaint (Doc. 20) on or before July 1, 2010, and it appearing that the third-party complaint was filed solely by defendant/third-party plaintiff Global Express Shipping, Incorporated ("Global"), and that Global is subject to default for its failure to participate in the above-captioned litigation, (see Doc. 33), it is hereby ORDERED that Paragraph 2 of the

court's June 24, 2010 order is VACATED.  Third-party defendants FEC and FES shall not be required to file a brief in support of the motion (Doc. 31) to dismiss.

                                          S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge